# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Larry Lee Moore, | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 09-2232-PHX-GMS(JRI) |
| | ) | |
| v. | ) | |
| | ) | |
| Maricopa County sheriff's Office, | ) | |
| | ) | |
| Defendant. | ) | |

__   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, having failed to comply with this Court's Order, this action is dismissed with prejudice and may count as a "strike" under 28 U.S.C. § 1915(g).


April 5, 2010                     RICHARD H. WEARE
                                  District Court Executive/Clerk

                                  s/S. Turner
                                  By: Deputy Clerk

cc: (all counsel)